UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

QUINTON JAMAL DANIELS,

        Plaintiff,

Case No. 2:19-cv-214

v.

Honorable Paul L. Maloney

DEREK FALK,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: November 12, 2019          /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge